IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

ROBERT LEE MYERS,

   Plaintiff,

  v.

SHERIFF FRANK REYNOLDS,

   Defendant.

CIVIL ACTION FILE
NO. 1:17-CV-2330-TWT

**ORDER**

This is a pro se prisoner civil rights action. It is before the Court on the Report and Recommendation [Doc. 13] of the Magistrate Judge recommending dismissing the action for failure to state a claim. The Court approves and adopts the Report and Recommendation as the judgment of the Court. This action is DISMISSED.

SO ORDERED, this 5 day of April, 2018.

/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge